IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **PORT HAMILTON REFINING & TRANSPORTATION, LLLP,**<br><br>PLAINTIFF,<br><br>VS.<br><br>**NATIONAL INDUSTRIAL SERVICES, LLC**<br><br>DEFENDANT. | CASE NO. 1:24-CV-00023<br><br>ACTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION |

## NOTICE OF APPEARANCE

Please enter the appearance of Andrew C. Simpson, P.C. as counsel of record for Plaintiff, Port Hamilton Refining & Transportation, LLLP.

                                              Respectfully submitted,

                                              **ANDREW C. SIMPSON, P.C.,**
                                              Counsel for Port Hamilton Refining & Transportation, LLLP

Dated: September 18, 2024

                                              /s/ Andrew C. Simpson
                                              By: Andrew C. Simpson, Esq.
                                              VI Bar No. 451
                                              ANDREW C. SIMPSON, P.C.
                                              2191 Church Street, Suite 5
                                              Christiansted, VI 00820
                                              Tel: 340.719.3900
                                              asimpson@coralbrief.com