# EXHIBIT 2

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

September 3, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RORY JOHN DIAMOND, #264152 was admitted to the practice of law in this state by the Supreme Court of California on July 17, 2009; that from the date of admission to January 2, 2015, they were an ACTIVE licensee of the State Bar of California; that on January 2, 2015, they transferred at their request to the INACTIVE status; that from that date to July 3, 2018, they were an INACTIVE licensee of the State Bar of California; that effective July 3, 2018, they were suspended from the practice of law in California by order of the Supreme Court for nonpayment of State Bar licensing fees; that said suspension remained in effect to July 13, 2018 upon which last mentioned date they were reinstated to the INACTIVE status by the Supreme Court upon payment of all delinquent State Bar fees and penalties; that from that date to August 30, 2019, they were an INACTIVE licensee of the State Bar of California; that on August 30, 2019, they transferred at their request to the ACTIVE status; that from that date to March 20, 2024, they were an ACTIVE licensee of the State Bar of California; that on March 20, 2024, they transferred at their request to the INACTIVE status; that they have been since that date, and are at date hereof, an INACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Francisco
Subscribed and sworn to (or affirmed) before me on this 3rd day of September, 2024, by Iliana Cervantes
_____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature Brady Flavin (Seal)

THE STATE BAR OF CALIFORNIA

Iliana Cervantes
Custodian of Records

NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California. (See Sections 6006 and 6125, et seq., Business and Professions Code.)



BRADY M. FLAVIN
COMM. # 2495988
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
MY COMM. EXP. JULY 30, 2026

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**RORY JOHN DIAMOND**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on JANUARY 18, 2013, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this AUGUST 9, 2024.

_____
Clerk of the Supreme Court of Florida



# Supreme Court
# State of Georgia

NATHAN DEAL JUDICIAL CENTER

Atlanta 30334

August 12, 2024

I hereby certify that Rory John Diamond, Esq., was admitted on the 8th day of December, 2008, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.



, Clerk

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

### CERTIFICATE OF GOOD STANDING

I, ELIZABETH M. WARREN, Clerk of this Court

certify that **Rory John Diamond FL Bar No. 0101666**

was duly admitted to practice in this Court on

_____**February 13, 2013**_____, and is in good standing
              *DATE*

as a member of the Bar of this Court.

Dated at _____Tampa Division_____ on _____August 9, 2024_____.
              *LOCATION*                              *DATE*

**ELIZABETH M. WARREN**                      Bettye Samuel
*CLERK*                                                                  *DEPUTY CLERK*