# EXHIBIT 3

Case: 1:24-cv-00023-WAL-EAH     Document #: 5-3     Filed: 09/20/24     Page 1 of 3

# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| PORT HAMILTON REFINING & TRANSPORTATION, LLP,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL INDUSTRIAL SERVICES, LLC,<br><br>Defendant. | CASE NO.: 1:24-CV-00023<br><br>ACTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUCTION, AND PERMANENT INJUNCTION |

### AFFIRMATION OF KEVIN F. D'MOUR IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

I, Kevin F. D'Amour, hereby affirms and states as follows:

1. I am an attorney currently in good standing and an active member of the Virgin Islands Bar Association and admitted to the United States District Court for the Virgin Islands.

2. I hereby support the admission of Rory Diamond *pro hac vice* in the above matter as co-counsel for the Defendant.

3. Rory Diamond is admitted to practice and in good standing by the Supreme Court of California, Supreme Court of Florida, Supreme Court of Georgia, United States District Court Middle District of Florida, United States District Court Middle District of Georgia, United States District Court Northern District of Georgia, United States District Court of Southern District of Florida, and United States District Court of Southern District of Georgia.

4. Rory Diamond has extensive knowledge, skills and abilities to co-represent the Defendant with undersigned counsel.

1

Dated: September 20, 2024  /s/Kevin F. D'Amour
KEVIN F. D'AMOUR, ESQ.

2