## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| PORT HAMILTON REFINING & TRANSPORTATION, LLLP<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL INDUSTRIAL SERVICES, LLC,<br><br>Defendants. | CASE NO.: 1:24-CV-00023<br><br>ACTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

THIS MATTER is before the Court on the Motion for Admission Pro Hac Vice of Rory Diamond, Esq., filed by Kevin F. D'Amour, Esq., of the Bar of the District Court of the Virgin Islands pursuant to LRCi 83.1(b)(2). The Petitioner has satisfied all the requirements of Rule 83.1(b)(2) of the Local Rules of Civil Procedure and has paid the appropriate fees.

The record shows that Attorney Diamond is currently in good standing in the State of Florida, State of Georgia and State of California. He seeks admission to represent Defendant National Industrial Services, LLC in this matter.

Upon consideration of the motion, it is

**ORDERED** that the motion is GRANTED and pursuant to LRCi 83.1(b)(2), Rory Diamond, Esquire, is admitted *pro hac vice* to practice before this Court in this case, and he shall appear before this Court to take the oath prior to such practice; and it is further

**ORDERED** that Attorney Rory Diamond shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during his *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of his admission *pro hac vice*.

<u>Port Hamilton Refining & Transportation, LLLP. v. National Industrial Services, LLC.</u> Case No. 1:24-cv-00023
Motion of National Industrial Services, LLC for Admission *Pro Hac Vice* of Rory Diamond, Esq.

_____
District Court Judge