## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| PORT HAMILTON REFINING & TRANSPORTATION, LLLP,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL INDUSTRIAL SERVICES, LLC,<br><br>Defendant. | CASE NO.: 1:24-CV-00023<br><br>ACTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUCTION |

### DEFENDANT, NATIONAL INDUSTRIAL SERVICES, LLC'S MOTION TO TRANSFER VENUE

Defendant, National Industrial Services, LLC, by and through its undersigned counsel, hereby moves this Court to transfer venue pursuant to 28 U.S.C. § 1412 from this honorable court to the United States Bankruptcy Court for the Southern District of Texas ("Home Court"). Defendant files simultaneously its Memorandum of Law in support thereof.

Respectfully submitted,

Dated: September 20, 2024

/s/Kevin F. D'Amour
KEVIN F. D'AMOUR, ESQ.
kdamour@usvilawfirm.com
VI Bar No. 288
BARNES, D'AMOUR & VOGEL
P.O. Box 224589
St. Croix, VI 00822
Tel: (340) 773-2785/Fax: 774-8189
*Attorneys for Defendant, National Industrial Services, LLC*

1