**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| PORT HAMILTON REFINING & TRANSPORTATION, LLLP,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL INDUSTRIAL SERVICES, LLC,<br><br>Defendant. | CASE NO.: 1:24-CV-00023<br><br>ACTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION |

**ORDER**

THIS MATTER is before the Court on Defendant, National Industrial Services, LLC's Motion to Transfer Venue. The Court having considered the matter and being advised in the premises, it is hereby;

**ORDERED** that the Motion to Transfer Venue is **GRANTED**. It is further

**ORDERED** that this matter is hereby transferred pursuant to 28 U.S.C. § 1412 from this honorable court to the United States Bankruptcy Court for the Southern District of Texas.

_____
District Court Judge

1