## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| PORT HAMILTON REFINING & TRANSPORTATION, LLLP,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL INDUSTRIAL SERVICES, LLC,<br><br>Defendant. | CASE NO.: 1:24-CV-00023<br><br>ACTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUCTION |

### DEFENDANT, NATIONAL INDUSTRIAL SERVICES, LLC'S AMENDED MOTION FOR *PRO HAC VICE* ADMISSION OF RORY J. DIAMOND, ESQ.

COMES NOW, Attorney Kevin F. D'Amour of Barnes, D'Amour & Vogel appearing to motion this Honorable Court pursuant to Rule 83.1(b)(2) of the Local Rules of Civil Procedure for the admission of Rory J. Diamond to appear *Pro Hac Vice* as co-counsel for National Industrial Services, LLC, in the above captioned action.

In support of this motion the undersigned counsel states that Rory J. Diamond is not regularly or specially admitted to practice law in the Virgin Islands, he is currently in good standing as an active member of the Supreme Court of California, Supreme Court of Florida, Supreme Court of Georgia, United States District Court Middle District of Florida, United States District Court Middle District of Georgia, United States District Court Northern District of Georgia, United States District Court of Southern District of Florida, and United States District Court of Southern District of Georgia., and he has not suffered any disbarment or suspension of his license to practice in the State of Florida, State of Georgia.

1

*Port Hamilton Refining & Transportation, LLLP. v. National Industrial Services, LLC.*
V.I. District Case No. 1:24-cv-00023
Defendant, National Industrial Services, LLC's Amended Motion for *Pro Hac Vice* Admission of Rory J. Diamond, Esq.

   Attached in support of this motion please find the Rory J. Diamond's Amended *Pro Hac Vice* Application (Exhibit 1), the certificates of good standing from the States of California, Florida and Georgia (Exhibit 2); the Declaration of Attorney J. Rory Diamond, and the Amended Affirmation of Kevin F. D'Amour in support of this motion (Exhibit 3).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 20, 2024 | /s/Kevin F. D'Amour |
|  | KEVIN F. D'AMOUR, ESQ. |
|  | kdamour@usvilawfirm.com |
|  | VI Bar No. 288 |
|  | BARNES, D'AMOUR & VOGEL |
|  | P.O. Box 224589 |
|  | St. Croix, VI 00822 |
|  | Tel: (340) 773-2785/Fax: 774-8189 |
|  | *Attorneys for Defendant, National Industrial Services, LLC* |