# EXHIBIT NO. 2

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**RORY JOHN DIAMOND**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on JANUARY 18, 2013, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this AUGUST 9, 2024.

_____
Clerk of the Supreme Court of Florida

cO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble**, Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Rory John Diamond** Florida Bar # **101666**, was duly admitted to practice in this Court on **April 16, 2013** is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on August 9, 2024.

Angela E. Noble
Court Administrator • Clerk of Court

By: _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Angela E. Noble**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128-7716
(305) 523-5100

August 9, 2024

Rory John Diamond, Esq.
1515 Ocean Front
Neptune Beach, FL 32266

Dear Attorney Diamond:

Pursuant to your request, we have reviewed our records regarding your current status as a member of the Bar of the United States District Court, Southern District of Florida.

Our records reflect that you were admitted to the United States District Court, Southern District of Florida on April 16, 2013. You are currently an active member in good standing of the general bar and have no public administrative order of discipline being issued as of the date of this letter.

If you need further assistance in this matter, please do not hesitate to contact me.

Sincerely,

**Angela E. Noble**
*Court Administrator • Clerk of Court*

By: _____
Deputy Clerk
Attorney Admissions

*"It is our honor and duty to provide the support necessary to enable the Court as an institution to fulfill its constitutional, statutory, and societal responsibilities for all who seek justice."*

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

**MIDDLE DISTRICT OF FLORIDA**

**CERTIFICATE OF GOOD STANDING**

*I, ELIZABETH M. WARREN, Clerk of this Court*

*certify that* **Rory John Diamond FL Bar No. 0101666**

*was duly admitted to practice in this Court on*

_____**February 13, 2013**_____ *, and is in good standing*
   *DATE*

*as a member of the Bar of this Court.*

*Dated at* _____Tampa Division_____ *on* _____August 9, 2024_____ .
        *LOCATION*                        *DATE*

**ELIZABETH M. WARREN**                       Bettye Samuel
        *CLERK*                            *DEPUTY CLERK*



# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
*OFFICE OF THE CLERK*

**Elizabeth M. Warren**
**Clerk of Court**

**Tel.: 407-835-4200**
**Fax: 407-835-4228**

**Attorney Name:** Rory John Diamond (Florida Bar No.0101666)

**Date Admitted to the Middle District of Florida:** 02/13/2013

The above-referenced attorney has requested that the Clerk of the United States District Court Middle District of Florida, provide a Statement of Discipline, with a complete record of the attorney's disciplinary history, including information relating to any and all public and confidential sanctions and any and all charges, complaints, and grievances filed against the attorney regardless of the disposition of the charges, complaints, and grievances. The clerk has also been requested to report any instance in which the attorney may have been transferred or placed on disability inactive status, including any pending proceedings regarding discipline or disability inactive status.

I, Elizabeth M. Warren, Clerk of the United States District Court, Middle District of Florida, do hereby certify that I am unaware of any disciplinary history for Rory John Diamond or any instance where Mr. Diamond has been transferred or placed on disability inactive status including any pending proceedings regarding discipline or disability inactive status.

Dated in Tampa, Florida, this 16th day of August, 2024.

ELIZABETH M. WARREN, CLERK

*Bettye Samuel*

By:_____
Deputy Clerk

| Jacksonville Division | Ocala Division | Orlando Division | Tampa Division | Fort Myers Division |
|---|---|---|---|---|
| U.S. Courthouse | U.S. Courthouse | U.S. Courthouse | U.S. Courthouse | U.S. Courthouse |
| 300 North Hogan Street | 207 N.W. Second Ave. | 401 W. Central Blvd. | 801 N. Florida Avenue | 2110 First Street |
| Jackson l . FL 32202 | Ocala, FL 34475 | Orlando, FL 32801 | Tampa, FL 33602 | Fort Myers, FL 33901 |



**The Florida Bar**
**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

August 9, 2024

**VIA EMAIL TO: michelle@dhclawyers.com**

Rory Diamond
1515 Ocean Front
Neptune Beach, FL 32266

Re: Request for Disciplinary History Letter-Florida Bar

Dear Mr. Diamond:

This letter is in response to your request for your discipline history with The Florida Bar. You were admitted to The Florida Bar on January 18th, 2013, are currently a member in good standing and therefore permitted to practice law in Florida.

The Bar disposes of files that are closed without a finding of probable cause, one year after the date the files were closed. For this reason, no reference to such files will be made in this letter.

The following files about you resulted in a disciplinary sanction:

| **File No.** | **Disposition** | **Court Order Date** |
|---|---|---|
| | **NONE** | |

The following files were opened about you and did not result in discipline:

| **File No.** | **Disposition** | **Close Date** |
|---|---|---|
| | **NONE** | |

The following files have been opened about you and action has not been concluded:

**File No.**          **Status**

**NONE**

I trust this information will be of assistance to you. If you have any questions regarding this correspondence, please call (850) 561-5839 or email LRInfo@floridabar.org.

Sincerely,
Anthony Chiocca
Administrative Support 4
Division of Lawyer Regulation
The Florida Bar

/ac



# Supreme Court
# State of Georgia

NATHAN DEAL JUDICIAL CENTER

Atlanta 30334

August 12, 2024

I hereby certify that Rory John Diamond, Esq., was admitted on the 8th day of December, 2008, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.



, Clerk

# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Mr. Rory John Diamond
1515 Ocean Front
Neptune Beach, FL  32266
UNITED STATES

| | |
|---|---|
| CURRENT STATUS: | Active Member-Good Standing |
| DATE OF ADMISSION: | 12/21/2007 |
| BAR NUMBER: | 122592 |
| TODAY'S DATE: | 08/14/2024 |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*[signature]*

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 • 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-1225
912-239-9910 • 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 • 800-330-0446
Fax 229-382-7435

# State Bar of Georgia

Office of the General Counsel

**PAULA J. FREDERICK**
*General Counsel*

LORI ANDERSON
MERCEDES G. BALL
LEIGH BURGESS
WILLIAM V. HEARNBURG, JR.
JAMES S. LEWIS
ANDREEA N. MORRISON
ADRIENNE D. NASH
WILLIAM D. NESMITH, III
WOLANDA R. SHELTON
JOHN J. SHIPTENKO

August 12, 2024

Mr. Rory John Diamond
1515 Ocean Front
Neptune, FL 32266

Re: Mr. Rory John Diamond
    Georgia Bar No: 122592

Dear Mr. Diamond:

We have received your request for your complete disciplinary history from the State Bar of Georgia. As of the date of this letter, we have no records of any public or private disciplinary actions against you. Additionally, our records indicate that no grievances have been filed against you.

According to Bar Rule 4-224 of the Georgia Rules of Professional Conduct, any grievances that do not result in disciplinary action against the lawyer are removed from our records after a maximum of two years. Therefore, if you inquire about information that is more than two years old, it will not be found in our records search.

I hope this adequately responds to your request.

Sincerely,

William D. NeSmith, III
Deputy General Counsel

WDN/kac

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

### CERTIFICATE OF GOOD STANDING

I, David W. Bunt, Clerk of this Court,

certify that RORY JOHN DIAMOND, Bar No. 122592

was duly admitted to practice in this Court on

March 18, 2014, and is in good standing

as a member of the Bar of this Court.

Dated at Athens, Georgia on August 9, 2024.

David W. Bunt  
CLERK

Gail G. Sellers  
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
115 East Hancock Avenue

ATHENS, GEORGIA 30601

DAVID W. BUNT, Clerk
Telephone: (478) 752-3497
Facsimile: (478) 738-6327

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
VALDOSTA 31601

August 9, 2024

In RE: Rory John Diamond

To Whom It May Concern:

The records of the United States District Court for the Middle District of Georgia reflect that Rory John Diamond, Georgia Bar No. 122592 was duly admitted to practice in this Court on March 18, 2014 and as of this date has not been the subject of any disciplinary action in this Court.

Sincerely,

Gail G. Sellers
Deputy Clerk
United States District Court
Middle District of Georgia



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA }
} ss.
NORTHERN DISTRICT OF GEORGIA }

    I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

    **DO HEREBY CERTIFY** that **RORY J. DIAMOND, State Bar No. 122592,** was duly admitted to practice in said Court on 12/08/2008, and is in good standing as a member of the bar of said Court.

    Dated at Atlanta, Georgia, this 20th day of August, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By: _____
Courtney Pollard
Deputy Clerk



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, S.W.**
**ATLANTA, GEORGIA 30303**

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

404-215-1610

August 26, 2024

Re: Attorney Rory J. Diamond, Georgia Bar Number 122592

To Whom It May Concern:

Attorney Rory J. Diamond is currently an Active member in good standing with the Bar of the United States District Court for the Northern District of Georgia.

Our records reflect that Mr. Diamond was admitted on December 8, 2008, and does not currently have any disciplinary matters pending in this Court as of the date of this letter.

Please let me know if you have any additional questions regarding this matter.

Sincerely,

*Judith Motz*

Judith Motz
Executive Secretary to the Clerk

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Southern District of **Georgia**

## CERTIFICATE OF GOOD STANDING

I, _____ John E. Triplett _____, Clerk of this Court,

certify that _____ Rory John Diamond _____, Bar # _____ 122592 _____,

was duly admitted to practice in this Court on _____ August 19, 2013 _____, and is in good standing as a member

of the Bar of this Court.

Dated at _____ Brunswick, Georgia _____ on _____ 8/26/2024 _____
*(Location)* *(Date)*

John E. Triplett
*CLERK*

*DEPUTY CLERK*



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

JOHN E. TRIPLETT
CLERK OF COURT



ELIZABETH M. NELSON
CHIEF DEPUTY CLERK

August 30, 2024

Mr. Rory John Diamond
1515 Ocean Front
Neptune Beach, FL 32266

*Via email to: Michelle@dhclawyers.com*

**RE:** Request for Disciplinary History of Rory John Diamond

To Whom It May Concern:

The records of the United States District Court for the Southern District of Georgia reflect that Rory John Diamond, Georgia Bar Number 122592 was duly admitted to practice in this Court on August 13, 2019 and as of this date has not been the subject of any disciplinary action in this Court.

Sincerely,

John E. Triplett
Clerk of Court

AUGUSTA FEDERAL COURTHOUSE ✦ 600 JAMES BROWN BLVD ✦ AUGUSTA, GA 30901 ✦ 706-849-4400
FRANK M. SCARLETT FEDERAL BUILDING ✦ 801 GLOUCESTER STREET ✦ BRUNSWICK, GA 31520 ✦ 912-280-1330
J. ROY ROWLAND U.S. COURTHOUSE ✦ 100 NORTH FRANKLIN STREET ✦ DUBLIN, GA 31021
U.S. DISTRICT COURTHOUSE ✦ 8 SOUTHERN OAKS COURT ✦ SAVANNAH, GA 31405 ✦ 912-650-4020
WAYCROSS FEDERAL COURTHOUSE ✦ 601 TEBEAU STREET ✦ WAYCROSS, GA 31501
STATESBORO FEDERAL COURTHOUSE ✦ 52 NORTH MAIN STREET ✦ STATESBORO, GA 30458

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

September 3, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RORY JOHN DIAMOND, #264152 was admitted to the practice of law in this state by the Supreme Court of California on July 17, 2009; that from the date of admission to January 2, 2015, they were an ACTIVE licensee of the State Bar of California; that on January 2, 2015, they transferred at their request to the INACTIVE status; that from that date to July 3, 2018, they were an INACTIVE licensee of the State Bar of California; that effective July 3, 2018, they were suspended from the practice of law in California by order of the Supreme Court for nonpayment of State Bar licensing fees; that said suspension remained in effect to July 13, 2018 upon which last mentioned date they were reinstated to the INACTIVE status by the Supreme Court upon payment of all delinquent State Bar fees and penalties; that from that date to August 30, 2019, they were an INACTIVE licensee of the State Bar of California; that on August 30, 2019, they transferred at their request to the ACTIVE status; that from that date to March 20, 2024, they were an ACTIVE licensee of the State Bar of California; that on March 20, 2024, they transferred at their request to the INACTIVE status; that they have been since that date, and are at date hereof, an INACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Iliana Cervantes
Custodian of Records

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Francisco
Subscribed and sworn to (or affirmed) before me on this 3rd day of September, 2024, by Iliana Cervantes
_____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature _____ (Seal)

NOTE: *Only ACTIVE licensees of the State Bar of California are entitled to practice law in California. (See Sections 6006 and 6125, et seq., Business and Professions Code.)*


BRADY M. FLAVIN
COMM. # 2495988
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
MY COMM. EXP. JULY 30, 2026



# The State Bar of California

**DIVISION OF REGULATION**

180 Howard Street, San Francisco, CA 94105

COS@calbar.ca.gov
888-800-3400

September 3, 2024

Rory Diamond
1515 Ocean Front
Neptune Beach, FL 32266

Re: State Bar Number 264152 – Rory John Diamond
Certificate Raised Seal

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact 888-800-3400 or COS@calbar.ca.gov.

Sincerely,

Alex Calderon
Division of Regulation
The State Bar of California

Enclosure(s):

1   Foreign/Notarized

Delivery Method: UPS Domestic
PH: 9048915011

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 South Figueroa Street
Los Angeles, CA 90017