# EXHIBIT NO. 3

## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| PORT HAMILTON REFINING & TRANSPORTATION, LLLP, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL INDUSTRIAL SERVICES, LLC, <br><br> Defendant. | CASE NO.: 1:24-CV-00023 <br><br> ACTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION |

## DECLARATION OF RORY JOHN DIAMOND, ESQ. IN SUPPORT OF AMENDED MOTION FOR ADMISSION *PRO HAC VICE*

I, Rory John Diamond, being duly sworn, hereby affirm and states as follows:

1. I am an attorney currently in good standing as a member of the State bar of Florida, Georgia, and California.

2. I was briefly suspended from July 3, 2018 to July 13, 2018 from the practice of law in California by order of the Supreme Court for nonpayment of State Bar licensing fees. The failure to pay the California State licensing fees was an oversight that was promptly rectified.

3. True and correct Certificates of Good Standing are attached as Exhibit 2 to the Amended Motion for *Pro Hac Vice* Admission of Rory Diamond, Esq.

4. Defendant, National Industrial Services, LLC, requested, with consent of their local trial counsel, Kevin F. D'Amour, Esq., that I participate fully in the preparation and trial of this matter.

5. I have never been admitted in any case in this Court and have no other pending admission or motions for admission *pro hac vice* in this Court.

6. I make this declaration in support of the amended motion for my admission pro hac vice as counsel for Defendant, National Industrial Services, LLC in the above-captioned matter.

7. I agree, upon my admission, to be bound by the grievance procedures established by the rules of the District Court for the Virgin Islands and to be subject to the disciplinary and contempt jurisdiction of the District Court of the Virgin Islands during the course of my practice *pro hac vice*.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the U.S. Virgin Islands, that the foregoing is true and correct.

Dated this 20th day of September, 2024.

/s/ Rory John Diamond
RORY JOHN DIAMOND, ESQ.

2

## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| PORT HAMILTON REFINING & TRANSPORTATION, LLP, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL INDUSTRIAL SERVICES, LLC, <br><br> Defendant. | CASE NO.: 1:24-CV-00023 <br><br> ACTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUCTION, AND PERMANENT INJUNCTION |

### AFFIRMATION OF KEVIN F. D'AMOUR IN SUPPORT OF THE MOTION FOR *PRO HAC VICE* ADMISSION OF RORY J. DIAMOND, ESQ.

I, Kevin F. D'Amour, hereby affirms and states as follows:

1. I am an attorney currently in good standing and an active member of the Virgin Islands Bar Association and admitted to the United States District Court for the Virgin Islands.

2. I hereby support the admission of Rory Diamond *pro hac vice* in the above matter as co-counsel for the Defendant, National Industrial Services, LLC ("NIS").

3. Rory J. Diamond is admitted to practice and in good standing by the Supreme Court of California, Supreme Court of Florida, Supreme Court of Georgia, United States District Court Middle District of Florida, United States District Court Middle District of Georgia, United States District Court Northern District of Georgia, United States District Court of Southern District of Florida, and United States District Court of Southern District of Georgia.

4. Rory J. Diamond has extensive knowledge, skills and abilities to co-represent the Defendant, NIS with undersigned counsel.

*Port Hamilton Refining & Transportation, LLLP. v. National Industrial Services, LLC.*
V.I. District Court Case No. 1:24-cv-00023
Affirmation of Kevin F. D'Amour in Support of Motion for *Pro Hac Vice* Admission of Rory J. Diamond, Esq.

  I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the U.S. Virgin Islands, that the foregoing is true and correct.


Dated: September 20, 2024        /s/Kevin F. D'Amour
                  KEVIN F. D'AMOUR, ESQ.