## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| PORT HAMILTON REFINING & TRANSPORTATION, LLLP,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL INDUSTRIAL SERVICES, LLC,<br><br>Defendant. | CASE NO.: 1:24-CV-00023<br><br>ACTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION |

**DEFENDANT, NATIONAL INDUSTRIAL SERVICES, LLC'S
NOTICE OF WITHDRAWAL OF THE MOTION FOR LEAVE TO FILE SUR-REPLY
TO PLAINTIFF'S REPLY TO THE OPPOSITION TO THE EMERGENCY MOTION
TO EXTEND TEMPORARY RESTRAINING ORDER**

Defendant, National Industrial Services, LLC ("NIS"), hereby withdraws its Motion for Leave to File Sur-Reply to Plaintiff, Port Hamilton Refining and Transportation, LLLP's Reply to the Opposition to the Emergency Motion to Extend Temporary Restraining Order [DE 14].

Respectfully submitted,

Dated: September 26, 2024

/s/Kevin F. D'Amour
KEVIN F. D'AMOUR, ESQ.
VI Bar No. 288
BARNES, D'AMOUR & VOGEL
P.O. Box 224589
St. Croix, VI 00822
Tel: (340) 773-2785/Fax: 774-8189
kdamour@usvilawfirm.com
*Attorneys for Defendant, National Industrial Services, LLC*

1