# DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| PORT HAMILTON REFINING & TRANSPORTATION, LLLP, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL INDUSTRIAL SERVICES, LLC, <br><br> Defendant. | CASE NO.: 1:24-CV-00023 <br><br><br> ACTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUCTION |

## ORDER

THIS MATTER is before the Court on Defendant, National Industrial Services, LLC's Motion for Leave to File Sur-Reply to Plaintiff's Reply to the Opposition to the Emergency Motion to Extend Temporary Restraining Order. The Court having considered the matter and being advised in the premises, it is hereby;

**ORDERED** that the Motion for Leave is **GRANTED**. It is further

**ORDERED** that the Defendant, National Industrial Services, LLC may file its Sur-Reply to the Plaintiff, Port Hamilton Refining and Transportation, LLLP's Reply to the Opposition to the Emergency Motion to Extend Temporary Restraining Order.


_____
District Court Judge