IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **PORT HAMILTON REFINING & TRANSPORTATION, LLLP,**<br><br>PLAINTIFF,<br><br>VS.<br><br>**NATIONAL INDUSTRIAL SERVICES, LLC**<br><br>DEFENDANT. | CASE NO. 1:24-CV-00023<br><br>ACTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION |

**[PROPOSED] ORDER ON MOTION TO REMAND**

This matter is before the Court on the motion of Port Hamilton Refining and Transportation, LLLP ("Port Hamilton") to remand this matter to the Superior Court of the Virgin Islands. The Court finds that National Industrial Services, LLC's removal of the action was untimely such that this Court lacks jurisdiction. It further finds that it lacks post-confirmation jurisdiction over the dispute. Finally the Court concludes that it is required to abstain from the case but, if it were not, as a matter of the sound exercise of the Court's discretion, it would abstain from the matter.

Accordingly, it is **ORDERED** that this matter is remanded to the Superior Court of the Virgin Islands. The Clerk shall close this case.

_____
U.S. District Judge