IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **PORT HAMILTON REFINING & TRANSPORTATION, LLLP,**<br><br>PLAINTIFF,<br><br>VS.<br><br>**NATIONAL INDUSTRIAL SERVICES, LLC**<br><br>DEFENDANT. | CASE NO. 1:24-CV-00023<br><br>ACTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION |

**[PROPOSED] ORDER ON PORT HAMILTON'S MOTION TO RECONSIDER**

This matter is before the Court on Port Hamilton Refining and Transportation, LLC's ("Port Hamilton") motion (Doc. No. 22) to reconsider the Court's Order of October 2, 2024 (Doc. No. 20). The premises considered, it is **ORDERED** that Port Hamilton's motion is **GRANTED** and it is further

**ORDERED** that this Court's Order (Doc. No. 20) transferring the case to the Southern District of Texas is vacated; and it is further

**ORDERED** that the motion to transfer (Doc. No. 9) filed by National Industrial Services, LLC is **DENIED**; and it is further

**ORDERED** that the Clerk of the Court is directed not to transfer the case and, if it has already been closed, to reopen it; and it is further

**ORDERED** that Port Hamilton's motion to remand (Doc. No. 18) and emergency motion to extend TRO (Doc. No. 11) are not moot.

                                                                                                                                 _____
                                                        WILMA A. LEWIS
                                                        District Judge